UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNCIL FOR UROLOGICAL INTERESTS<br>P.O. Box 9856<br>Chapel Hill, N.C. 27515<br><br> Plaintiff,<br><br> v.<br><br>MICHAEL O. LEAVITT, in his official capacity as<br>Secretary of the Department of Health and Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201<br><br> and<br><br>United States of America,<br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 07-2343<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Thomas L. Mills as one of the attorneys for the Plaintiff.

Dated: May 2, 2008

Respectfully submitted,

WINSTON & STRAWN LLP

By: _____
THOMAS L. MILLS
D.C. BAR No. 911495
Attorney for Council for Urological Interests
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington D.C. 20006
(202) 282-5714
(202) 282-5100 (fax)
tmills@winston.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused a true and accurate copy of the Notice of Appearance to be sent by first class mail this 2nd day of May 2008, to the following:

Yeshi Woldegeorgise
Assistant to General Counsel
c/o Michael O. Leavitt, Secretary of the Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

Civil Process Clerk
c/o United States Attorney's Office
501 3rd Street, N.W.
Washington, D.C. 20001

Willo T. Lee
General Clerk
c/o Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Room BLL/206
Washington, D.C. 20530-0001

THOMAS L. MILLS
D.C. BAR NO. 911495
Attorney for Council for Urological Interests
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington D.C. 20006
(202) 282-5714
(202) 282-5100 (fax)
tmills@winston.com