UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNCIL FOR UROLOGICAL INTERESTS, </br></br>   Plaintiff, </br></br>   v. </br></br> MICHAEL O. LEAVITT, Secretary, </br>   U.S. Department of Health </br>   and Human Services, </br></br>   Defendant. | Case No. 1:07-cv-02343 (HHK) |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("the Secretary"), by and through his undersigned counsel, respectfully moves this Court for a thirty day enlargement of time, up to and including June 16, 2008, to answer or otherwise respond to Plaintiff's Complaint.

In support of the instant motion, the Secretary states as follows:

1. Plaintiff instituted this action with the filing of its Complaint on December 31, 2007.

2. Plaintiff's Complaint was served on the Office of the United States Attorney for the District of Columbia on March 17, 2008. Thus, the current deadline for the Secretary's response to Plaintiff's Complaint is May 16, 2008. Fed. R. Civ. P. 6(a), 12(a)(2).

3. Several weeks ago, agency counsel was informed that Defendant would be represented in this matter by the Federal Programs Branch of the U.S. Department of Justice ("Federal Programs"). Agency counsel conveyed that information to the United States

Attorney's Office. Thereafter, Federal Programs assigned a lead attorney to this case. That attorney recently left Federal Programs, and the new lead attorney for Federal Programs did not learn that he had been assigned to this case until today.

4. To ensure that lead counsel at Federal Programs has sufficient time to review the administrative record of this case, consult with the agency as necessary and prepare an appropriate response to the Complaint, Defendant respectfully requests an enlargement of time of thirty days, up to and including June 16, 2008, in which to respond to the Complaint.

5. In accordance with Local Civil Rule 7(m), agency counsel has contacted Plaintiff's counsel regarding an extension of time to respond to the Complaint. When agency counsel contacted Plaintiff's counsel, she requested that Plaintiff consent to a forty-five day extension. Plaintiff's counsel stated that Plaintiff would oppose a motion for a 45-day enlargement, but would consent to an extension of 14 days. This afternoon, agency counsel tried to contact Plaintiff's counsel to see whether Plaintiff would object to an extension of 30 days. Agency counsel was unable to get in touch with Plaintiff's counsel. Nevertheless, an extension of 30 days is appropriate given that lead counsel needs time to review the record of this case and prepare an appropriate response to the Complaint.

6. This request for an extension is made in good faith and not for purposes of delay.

7. The Secretary has not previously requested or been given an extension of time to respond to Plaintiff's Complaint.

8. There are no other previously scheduled deadlines in this case.

A proposed Order is attached.

                                              Respectfully submitted,

                                                  /s/
                                          JEFFREY A. TAYLOR
                                          United States Attorney
                                          D.C. Bar No. 498610

                                                  /s/
                                          CHRISTOPHER B. HARWOOD
                                          Assistant United States Attorney
                                          United States Attorney's Office
                                              for the District of Columbia

                                                  /s/
                                          SHEILA LIEBER
                                          Deputy Director

                                                  /s/
                                          JOEL MCELVAIN
                                          Attorney
                                          U.S. Department of Justice
                                          Civil Division, Federal Programs Branch
                                          20 Massachusetts Ave., NW
                                          Washington DC 20001
                                          (202) 514-2988

                                                  /s/
                                          JOCELYN S. BEER
                                          Attorney
                                          U.S. Department of Health & Human Services
                                          Office of the General Counsel
                                          Centers for Medicare & Medicaid Services Division
                                          330 Independence Avenue, S.W. Rm. 5309
                                          Washington, D.C. 20201
                                          (202) 305-3564

OF COUNSEL:

THOMAS R. BARKER
Acting General Counsel

JANICE L. HOFFMAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General Counsel
for Litigation

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| COUNCIL FORUROLOGICAL INTERESTS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:07-cv-02343 (HHK) |
| MICHAEL O. LEAVITT, Secretary, U.S. Department of Health and Human Services, | ) ) ) ) ) | |
| Defendant. | ) ) | |

## **ORDER**

Having considered Defendant's Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint ("Motion for Enlargement"), and the entire record herein, it is this _____ day of May, 2008,

ORDERED that Defendant's Motion for Enlargement is hereby granted, and it is

FURTHER ORDERED that Defendant shall have up to and including June 16, 2008 to answer or otherwise respond to Plaintiff's Complaint.

 

_____
UNITED STATES DISTRICT JUDGE

Copy to: ECF Counsel