**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COUNCIL FOR UROLOGICAL INTERESTS, )<br><br>　　Plaintiff, )<br><br>　　　v. )<br><br>MICHAEL O. LEAVITT, in his official capacity as )<br>Secretary of the Department of Health and Human Services )<br><br>　　and )<br><br>United States of America, )<br><br>　　Defendants. ) | Civ. No. 07-2343 |

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR ENLARGMENT OF TIME

　　Plaintiff Council for Urological Interests ("CUI") hereby opposes the motion of Defendant Michael O. Leavitt for an additional 30 days in which to answer or otherwise respond to the complaint. Secretary Leavitt has not demonstrated good cause for an extension beyond the 14 days to which CUI has already agreed.

　　The summons and complaint was served on March 17, leaving Secretary Leavitt with 60 days to respond. Part of the reason the government is accorded 60 days to respond is to give the government bureaucracy sufficient time to determine which particular agency, and which attorneys in that agency, represent the government. Yet, it appears from the government's motion that the government did not even begin that process until a few weeks ago. Moreover, it appears that the Department of Justice was remiss in: (1) assigning the case to an attorney that it

knew was leaving the Federal Programs branch and (2) not bothering to tell the substitute lead counsel that he had been assigned the case until the day the response was due.

The timing of the motion also is questionable. Counsel for the Department of Health & Human Services originally called on May 8, asking for a 45-day extension. Counsel for CUI responded the same day, agreeing to a 14-day extension, but objecting to 31 days on top of that. Counsel for HHS reacted by advising that she would file a motion with the Court. Rather than filing the motion that day or the next, the government elected to wait until after the close of business on Friday, May 16 to file. Moreover, HHS counsel did not seek consent to the 30-day (as opposed to 45-day) extension until after 5:00 p.m. on the 16th. In short, the government waited until the last possible minute.

Given these circumstances, CUI respectfully urges the Court to grant the government a 14-day extension, but not the full 30 days it presently seeks.

Respectfully submitted,

WINSTON & STRAWN


/s/_____
Thomas L. Mills  #911495
tmills@winston.com
Gordon A. Coffee  #384613
gcoffee@winston.com
1700 K Street, N.W.
Washington, D.C.  20006
(202) 282-5000

Attorneys for Plaintiff Council for Urological Interests

Dated:  May 19, 2008

2