IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **COUNCIL FOR UROLOGICAL INTERESTS**, | ) ) ) | |
| **Plaintiff**, | ) ) | |
| v. | ) ) | Case No. 1:07-cv-02343-HHK |
| **MICHAEL O. LEAVITT**, Secretary of the Department of Health and Human Services, and **UNITED STATES OF AMERICA**, | ) ) ) ) | |
| **Defendants.** | ) | |

## **PRAECIPE**

THE CLERK OF THIS COURT will please enter the appearance of Joel McElvain as lead counsel for the Defendants, Michael O. Leavitt, Secretary of the Department of Health and Human Services, and the United States of America, in the above-captioned case.

-2-

Mr. McElvain's appearance is in substitution for that of Christopher B. Harwood. Mr. Harwood, by a separate filing, is withdrawing his appearance in this case. Accordingly, please direct all communication regarding this case to Mr. McElvain's address listed below.

| | |
|---|---|
| Dated: May 19, 2008 | Respectfully submitted, |
| Of Counsel: | GREGORY G. KATSAS<br>Acting Assistant Attorney General |
| THOMAS R. BARKER<br>General Counsel | JEFFREY A. TAYLOR<br>United States Attorney |
| JANICE HOFFMAN<br>Acting Associate General Counsel |    /s/ Joel McElvain |
| MARK D. POLSTON.<br>Deputy Associate General<br>   Counsel for Litigation | SHEILA M. LIEBER, Deputy Director<br>JOEL McELVAIN, Attorney, D.C. Bar # 448431<br>United States Department of Justice<br>Civil Division, Federal Programs Branch |
| Office of the General Counsel<br>U.S. Department of Health<br>   and Human Services | 20 Massachusetts Ave., NW, Room 7130<br>Washington, D.C. 20001<br>Telephone:  (202) 514-2988<br>Fax:  (202) 616-8202<br>Email:  Joel.L.McElvain@usdoj.gov |
| | *Attorneys for Defendants* |