UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNCIL FOR UROLOGICAL INTERESTS<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT, in his official capacity as<br>Secretary of the Department of Health and Human Services<br><br>And<br><br>United States of America,<br><br>Defendants. | Civ. No. 07-2343-HHK |

**PLAINTIFF'S CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff Council for Urological Interest ("CUI") respectfully moves for an extension of time in which to file its opposition to Defendants' Motion to Dismiss. A Memorandum of Law in support of CUI's Consent Motion and a Proposed Order for the Court's consideration is being filed contemporaneously herewith.

Respectfully submitted,

WINSTON & STRAWN

/s/_____
Thomas L. Mills  #911495
tmills@winston.com
Gordon A. Coffee  #384613
gcoffee@winston.com
1700 K Street, N.W.
Washington, D.C. 20006
(202) 282-5000
Attorneys for Plaintiff Council for
Urological Interests

Dated: June 24, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNCIL FOR UROLOGICAL INTERESTS<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT, in his official capacity as<br>Secretary of the Department of Health and Human Services<br><br>And<br><br>United States of America,<br><br>Defendants. | Civ. No. 07-2343-HHK |

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S CONSENT
MOTION FOR AN EXTENSION OF TIME TO RESPOND
TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff Council for Urological Interests ("CUI") has filed a Consent Motion for an extension of time in which to file its opposition to Defendants' Motion to Dismiss. In support of this Motion, CUI respectfully states as follows:

1. CUI served the Summons and Complaint in this case on March 17, 2008.

2. Defendants' Answer was originally due on May 16, 2008.

3. Defendants were granted an extension of time in which to respond to CUI's Complaint.

4. Defendants filed their Motion to Dismiss on June 16, 2008. CUI's Response to Defendants' Motion is currently due on June 30, 2008.

5. In their Motion to Dismiss, Defendants raise a significant number of legal issues.

6. Accordingly, CUI seeks an extension of time until July 8, 2008 to respond to Defendants' Motion to Dismiss, with Defendants' Reply (if any) due on July 18, 2008.

7. CUI has consulted with counsel for Defendants, and they have agreed to this requested extension and briefing schedule.

WHEREFORE, CUI moves this Court for an extension of time until July 8, 2008 in which to file its Response to the Defendants' Motion to Dismiss, with Defendants' Reply to be filed by July 18, 2008. A draft Order for the Court's consideration is being filed contemporaneously with this Motion.

Respectfully submitted,

WINSTON & STRAWN

/s/_____
Thomas L. Mills  #911495
tmills@winston.com
Gordon A. Coffee  #384613
gcoffee@winston.com
1700 K Street, N.W.
Washington, D.C.  20006
(202) 282-5000

Attorneys for Plaintiff Council for Urological Interests

Dated:  June 24, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of June, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/EDF. I also certify that the foregoing document is being served this day on the following counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF: Joel McElvain, Joel.L.McElvain@usdoj.gov, counsel for Defendants.

/s/_____
Thomas L. Mills  #911495
tmills@winston.com
Gordon A. Coffee  #384613
gcoffee@winston.com
1700 K Street, N.W.
Washington, D.C.  20006
(202) 282-5000

Attorneys for Plaintiff Council for Urological Interests

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNCIL FOR UROLOGICAL INTERESTS,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT, in his official capacity as<br>Secretary of the Department of Health and Human Services<br><br>And<br><br>United States of America,<br><br>Defendants. | Civ. No. 07-2343-HHK |

## ORDER GRANTING PLAINTIFF'S CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Before the Court is Plaintiff Council for Urological Interests' Consent Motion for An Extension of Time.

Plaintiff's Motion is GRANTED. It is hereby ORDERED that Plaintiff's Response to Defendants' Motion to Dismiss shall be due on July 8, 2008. Defendants' Reply, if any, shall be filed by July 18, 2008.

DONE and ORDERED in chambers in Washington, District of Columbia, this ___ day of _____, 2008.

                                                         Hon. Henry H. Kennedy
                                                         United States District Judge